```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

JENNIFER SIMMONS, et al.         *

       Plaintiffs            *

       vs.                   *    CIVIL ACTION NO. MJG-11-767

ST. JOSEPH MEDICAL CENTER, INC.  *

       Defendant             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER OF DISMISSAL DUE TO SETTLEMENT
(UNDER LOCAL RULE 111.1)

The Court has been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any.

Accordingly, pursuant to Rule 111.1 of the Rules of the United States District Court for the District of Maryland this action is hereby DISMISSED with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties.  The entry of this Order is without prejudice to the right of a party to move for good cause within **30 days** of the date of this Order to reopen this action if settlement is not consummated.  If no such motion is filed within the aforesaid time the dismissal of this action is with prejudice.

SO ORDERED, on Thursday, December 15, 2011.

                                                  /s/_____
                                               Marvin J. Garbis
                                        United States District Judge